UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GAIL C. KYTTA, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | )   3:14-cv-00138-RLY-WGH |
| vs. | ) |
| | ) |
| JUDGE ROBERT J. TORNATTA, | ) |
| and | ) |
| MAGISTRATE SHEILA M. | ) |
| CORCORAN, | ) |

Defendants.

## FINAL JUDGMENT

Comes now the court, having this day granted Defendants' Motion to Dismiss with prejudice, and enters final judgment in their favor, and against the Plaintiff herein, Gail C. Kytta.

**SO ORDERED** this 17th day of September 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court
_____
By: Deputy Clerk

1

Distributed Electronically to Registered Counsel of Record.

Copy by U.S. Postal Service to:  Gail C. Kytta
                                 704 Kenmore Ct.
                                 Evansville, IN 47714